# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LORA PLUMLEE                                                                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:09CV00780 JLH/JTR

HUMANA INSURANCE COMPANY.                                                          DEFENDANT
d/b/a HUMANA ONE

### ORDER

The parties in this action have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray. Pursuant to a confidentiality agreement, which has been made part of the settlement, the transcript setting forth the terms of the settlement will remain under seal.

IT IS SO ORDERED, this 6th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE