IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORA PLUMLEE                                                                                    PLAINTIFF

v.                                              No. 4:09CV00780 JLH

HUMANA INSURANCE COMPANY,
d/b/a HUMANA ONE                                                                         DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 21st day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE